UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mark W. Dobronski,

                      Plaintiff(s),

v.                                       Case No. 2:20-cv-12112-SFC-RSW
                                        Hon. Sean F. Cox

American Insurance Brokers
LLC, et al.,

                      Defendant(s),

## NOTICE OF REMAND

TO: WASHTENAW COUNTY CIRCIT COURT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        231 W. Lafayette Boulevard, 5th Floor
        Detroit, Michigan 48226
        (313) 234-5005

## Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        KINIKIA D. ESSIX, CLERK OF COURT

                                        By: s/D. Peruski
                                              Deputy Clerk

Dated: February 1, 2021